UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAGNATH KHARAT,

Plaintiff,

v.

MARVEL STUDIOS, LLC; SONY PICTURES ENTERTAINMENT, INC; PASCAL PICTURES, INC; CHRIS MCKENNA; ERIK SOMMERS; JUSTIN KURITZKES; and DESTIN DANIEL CRETTON,

Defendants.

26-CV-6059 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Plaintiff in the above captioned action seeks a temporary restraining order enjoining the release of the upcoming motion picture *Spiderman: Brand New Day*, scheduled for release on July 31, 2026. Dkt. No. 1 (Compl.); Dkt. No. 9 (Pl.'s Mot.). Yesterday, the Court issued an order directing Plaintiff to file proof on the docket of his copyright ownership in *TOMO*, the work upon which he alleges *Spiderman: Brand New Day* infringes, by 10:00 a.m. today. Dkt. No. 12 (Jul. 28, 2026 Order). As the Court explained in that order, a foreign copyright owner "may sue for infringement in a U.S. court only if he meets the standing test of 17 U.S.C. § 501(b), which accords standing only to the legal or beneficial owner of an exclusive right." *Itar-Tass Russian News Agency v. Russian Kurier, Inc.*, 153 F.3d 82, 91 (2d Cir. 1998). More than six hours have passed since the 10:00 a.m. deadline, and Plaintiff has not filed proof of copyright ownership on the docket. His application for a temporary restraining order is thus denied. The Clerk of Court is respectfully directed to terminate the motion pending at Docket Number 9.

SO ORDERED.

Dated: July 29, 2026
New York, New York

Ronnie Abrams
United States District Judge